1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   MICHAEL DAVID HEMINGWAY,          )    CASE NO. CV 16-251-SVW (PJW)
                                       )
11                  Petitioner,        )
                                       )
12            v.                       )    ORDER VACATING ORDER REQUIRING
                                       )    RESPONSE AND DISMISSING SECOND
                                       )    AND SUCCESSIVE HABEAS CORPUS
13   CALIFORNIA,                       )    PETITION
                                       )
14                  Respondent.        )
     _____ )
15

16       In January 2016, Petitioner filed the instant habeas corpus

17   petition, seeking to challenge a 2002 state conviction.  Respondent

18   now moves to dismiss the petition on the ground that it is second

19   and/or successive.  For the following reasons, the motion is granted.

20       In 2004, Petitioner filed a habeas corpus petition in this court,

21   challenging his 2002 conviction.  The Court denied the petition on the

22   merits.  (*Hemingway v. Warden*, CV 04-10030-SVW (VBK), July 31, 2009

23   Order.)  Petitioner appealed, but the Ninth Circuit Court of Appeals

24   denied his request for a certificate of appealability.  (*Hemingway v.*

25   *Warden*, No. 09-56546, May 13, 2011 Order.)

26       Because this is Petitioner's second attempt to challenge the same

27   conviction, it is second and/or successive.  As such, he may not

28   proceed in this court unless and until he obtains authorization from

the Ninth Circuit Court of Appeals.  *See* 28 U.S.C. § 2244; *Burton v. Stewart*, 549 U.S. 147, 152-53 (2007).  Absent an order from the Ninth Circuit, this court does not have jurisdiction to entertain a second or successive petition.  *See* 28 U.S.C. § 2244(b)(3)(A).  For this reason, the petition is dismissed.[1]

Further, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action.  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: _August 24, 2016_____

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\pcruz\AppData\Local\Temp\notes97E53A\Ord_dismiss_successive pet.wpd

---

[1]  Petitioner's motion for appointment of counsel (Doc. No. 2) is denied as moot.

2