JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL DAVID HEMINGWAY, | ) | CASE NO. CV 16-251-SVW (PJW) |
| Petitioner, | ) ) ) | |
| v. | ) ) | J U D G M E N T |
| CALIFORNIA, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Vacating Order Requiring Response and Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 24, 2016.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

C:\Users\pcruz\AppData\Local\Temp\notes97E53A\Judgment.wpd